[No. 35289-0-I.    Division One.    April 14, 1997.]

SKAGIT VALLEY PUBLISHING CO., *Respondent*, v.
KAJAC, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-27528-7, R. Joseph Wesley, J., entered
July 25, 1994. *Affirmed* by unpublished opinion per Baker,
C.J., concurred in by Kennedy and Ellington, JJ.

[No. 35496-5-I.    Division One.    April 14, 1997.]

DONALD W. MINIKEN, *Appellant*, v. JOHN HENRY
BROWNE, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-03389-1, Robert S. Lasnik, J., entered
October 4, 1994. *Affirmed* by unpublished opinion per
Baker, C.J., concurred in by Ellington, J., and Armstrong,
J. Pro Tem.

[Nos. 36794-3-I; 36795-1-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY
MACK JOHNIGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-00271-6, Patricia H. Aitken, J., entered
December 2, 1992. *Reversed in part* and *affirmed in part*
by unpublished per curiam opinion.

[No. 36804-4-I.    Division One.    April 14, 1997.]

PHILIP A. ROGNIER, ET AL., *Respondents*, v. LABLASE
BLOCQUER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-02165-1, Horton Smith, J. Pro Tem.,
entered May 25, 1995. *Affirmed* by unpublished per curiam
opinion.